UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JONATHAN PAYTON,

Plaintiff,

-against-

TOTAL BY VERIZON; VERIZON,

Defendants.

25-CV-5880 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated October 22, 2025, the Court dismissed this action without prejudice because Plaintiff did not resubmit the signature page of his *in forma pauperis* application with an original signature. On December 5, 2025, after the action was closed, the Court received an application for the court to request counsel. The Court denies the motion because this action is not longer pending. The Court directs the Clerk of Court to terminate the motion at ECF 9.

The Court also directs the Clerk of Court to enter judgment in this action.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated: July 25, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge